

PRIVACY, GOVERNMENTAL
LIAISON AND DISCLOSURE

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, DC 20224

April 9, 2015

Baker & McKenzie
Attn: Daniel Rosen
452 Fifth Ave.
New York, NY 10018

In Re: Microsoft (Quinn)

Dear Mr. Rosen:

I am responding to your Freedom of Information Act (FOIA) request dated March 12, 2015 that we received on March 13, 2015.

I am not able to send the information you requested by April 10, 2015, which is the 20 business-day period allowed by law. The FOIA allows an additional ten-day statutory extension in certain circumstances. To complete your request I require the additional time to:

      __X_ Search for and collect the requested records from other locations

      _____ Search for, collect, and review a large volume of records

      _____ Consult with another agency or Treasury component

      _____ Consult with business submitters

We have extended the statutory response date to April 24, 2015, after which you can file suit. An administrative appeal is limited to a denial of records, so it does not apply in this situation. I apologize for any inconvenience caused by this delay.

You may file suit after April 24, 2015. Your complaint will be treated according to the Federal Rules of Civil Procedure applicable to actions against an agency of the United States. These procedures require that the IRS be notified of the pending suit through service of process, which should be directed to:

      Commissioner of Internal Revenue
      Attention: CC:PA: Br 6/7
      1111 Constitution Avenue, NW
      Washington, DC 20224

The FOIA process provides access to existing records. Extending the time period for responding to your request will not delay or postpone any administrative, examination, investigation or collection action.

If you have any questions please call Senior Disclosure Specialist Jean Pelzl ID # 1000729874, at 605-377-1608 or write to: Internal Revenue Service, Centralized Processing Unit – Stop 93A, PO Box 621506, Atlanta, GA 30362. Please refer to case number F15076-0016.

Sincerely,

*[signature]*

Jean Pelzl
Senior Disclosure Specialist
Disclosure Office 12

**Internal Revenue Service**
Suite 413
115 4th Avenue SE
Aberdeen, SD 57401-4380

Official Business
Penalty for Private Use, $300

FIRST-CLASS
US POSTAGE $00.??
04/09/2015
US OFFICIAL MAIL
For Private Use $300 Penalty
ZIP 57401
041L11100827

Baker & McKenzie
Attn: Daniel Rosen
452 Fifth Avenue
New York, NY 10018