

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, DC 20224

PRIVACY, GOVERNMENTAL
LIAISON AND DISCLOSURE

April 23, 2015

Baker & McKenzie
Attn: Daniel Rosen
452 Fifth Ave.
New York, NY 10018

In Re: Microsoft - Quinn

Dear Mr. Rosen:

I am responding to your Freedom of Information Act (FOIA) request dated March 12, 2015 that we received on March 13, 2015.

On April 9, 2015 I asked for more time to obtain the records you requested. I am still working on your request and need additional time to obtain and review the records. I will contact you by May 28, 2015 if I am still unable to complete your request. If you agree to this extension, no further action is necessary.

Once again, I apologize for any inconvenience this delay may cause.

If you have any questions please call Senior Disclosure Specialist Jean Pelzl ID # 1000729874, at 605-377-1608 or write to: Internal Revenue Service, Centralized Processing Unit – Stop 93A, PO Box 621506, Atlanta, GA 30362. Please refer to case number F15076-0016.

Sincerely,

Byron D Endo
Disclosure Manager
Disclosure Office 12